# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK T. DAVID, JR.

NO. 2025 KW 1358

**MAY 4, 2026**

---

In Re:    Mark T. David, Jr., applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 2020-
          CR-646.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**


          **WRIT DENIED ON THE SHOWING MADE IN PART AND DENIED IN PART.**
Relator failed to include the **Boykin** and sentencing transcript
and any other portions of the record that might support his claim
he lacked the mental capacity to enter a guilty plea in this case.
The party seeking relief is responsible for filing and attaching
all documents and exhibits in connection with an application for
writs.  See Uniform Rules of Louisiana Courts of Appeal, Rule 4-
1. Supplementation of this writ application and/or an application
for rehearing will not be considered.  See Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  Any future filing
on these claims must include the entire contents of this
application, the missing items noted above, and a copy of this
ruling.  In all other respects, the writ application is denied.

                              **SMM**
                              **BDE**
                              **WEF**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT